| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**     Hobby Lobby Marine LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)     22-6110506

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1423 Bay Avenue** <br> **Toms River, NJ 08753** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ocean** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)     https://www.hobbylobbymarine.com/

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Hobby Lobby Marine LLC**     Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4493__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **Hobby Lobby Marine LLC**                                                                Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
        Contact name
        Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Hobby Lobby Marine LLC** _____ Case number (*if known*) _____
    Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **Hobby Lobby Marine LLC**  Case number (*if known*)
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 25, 2022**
              MM / DD / YYYY

**X** **/s/ Robert Tweer**                               **Robert Tweer**
Signature of authorized representative of debtor        Printed name

Title  **Co-Managing Member**

**18. Signature of attorney**

**X** **/s/ Douglas T. Tabachnik**                       Date **November 25, 2022**
Signature of attorney for debtor                         MM / DD / YYYY

**Douglas T. Tabachnik**
Printed name

**Law Offices of Douglas T. Tabachnik, P.C.**
Firm name

**63 W. Main St.
Suite C
Freehold, NJ 07728-2141**
Number, Street, City, State & ZIP Code

Contact phone  **(732) 780-2760**   Email address  **dtabachnik@dttlaw.com**

_____
Bar number and State

<u>CORPORATE RESOLUTIONS</u>

The undersigned, being the Co-Managing Members of Hobby Lobby Marine LLC, a New Jersey Limited Liability Corporation (the "Corporation") hereby certifies a resolution adopted by the Corporation on November 23, 2022, with full authority to act on behalf of the Corporation, in the form and substance indicated below:

RESOLVED that in the judgment of the members, it is in the best interests of this Corporation, its creditors, members, and other interested parties that a petition be filed by this Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is

FURTHER RESOLVED that the Managing Member of the Corporation, be, and hereby are, authorized and directed on behalf of this Corporation to (a) execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code (the "Petition") and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") in such form and at such time as the Managing Member executing said Petition on behalf of this Corporation shall determine; and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is

FURTHER RESOLVED that the Managing Member be, and each hereby is, authorized to execute and file (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Law Offices of Douglas T. Tabachnik, P.C., be, and hereby is, employed, as local bankruptcy counsel for the Corporation in the chapter 11 case, under an advance payment retainer in the amount of $20,000, to be applied to both lead and local counsel fees, pursuant to a retainer agreement submitted by same and which is hereby ratified and approved; and it is

FURTHER RESOLVED that Goldstein & McClintock, LLLP be, and hereby is, also employed as lead bankruptcy counsel for the Corporation in the chapter 11 case, pursuant to a retainer agreement submitted by same and which is hereby ratified and approved; and it is

FURTHER RESOLVED that the Corporation employ such other professionals as in the discretion of either Managing Member may authorize to act on behalf of the Corporation, as they may deem appropriate, including, without limitation, accounting professionals; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by any Officers of the Corporation to restructure the Corporation's debt or seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matters related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation; and it is

1

FURTHER RESOLVED that the Corporation, prior to the chapter 11 case and subsequent thereto as debtor and debtor-in-possession, be, and hereby is, authorized to borrow funds from a lender or lenders on terms as either Managing Member deems appropriate, to obtain the use of cash collateral in such amounts, and on such terms as may be approved by either Managing Member as reasonably necessary for the continuing conduct of the affairs of the Corporation, and to grant security interests in and liens upon all or substantially all of the Corporation's assets as may be deemed necessary by either Managing Member in connection with such borrowings or the use of such cash collateral; and it is

FURTHER RESOLVED that either Managing Member is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by either Managing Member so acting; and it is

FURTHER RESOLVED that either Managing Member be with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Corporation and the Corporation as debtor and debtor in possession, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by either Managing Member of the Corporation in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

IN WITNESS WHEREOF, the undersigned has executed this certification this 23rd day of November 2022.

_____
Name: Robert Tweer, Co-Managing Member

_____
Name: Thomas Tweer, Co-Managing Member

**Fill in this information to identify the case:**

Debtor name: **Hobby Lobby Marine LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Declaration under Fed. Bankr. R. 7007.1**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 25, 2022**        X **/s/ Robert Tweer**
                                                 Signature of individual signing on behalf of debtor

                                                 **Robert Tweer**
                                                 Printed name

                                                 **Co-Managing Member**
                                                 Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Hobby Lobby Marine LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alvino & Schechter, LLC<br>111 Fortunato Place<br>Neptune, NJ 07753 | | Accounting Services/Business Debt | Unliquidated | | | $15,000.00 |
| CSC Corporation<br>801 Aldai Stevenson Drive<br>Springfield, IL 62703 | | For Noticing Purposes Only | Unliquidated | | | $0.00 |
| Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | 2021 Payroll Tax | Unliquidated | | | $38,698.33 |
| Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | 2022 Payroll Tax | Unliquidated | | | $18,587.03 |
| Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | 2020 Payroll Tax | Unliquidated | | | $13,876.80 |
| IPFS Corporation<br>1055 BROADWAY<br>11th Floor<br>Kansas City, MO 64105 | | Business Debt | Unliquidated | | | $22,675.24 |

Debtor **Hobby Lobby Marine LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of NJ Division of Taxation<br>Michael Bueno<br>2 Paragon Way,<br>Suite 1100<br>Freehold, NJ 07728** | | **Sales & Use Tax** | **Unliquidated** | | | $58,156.02 |
| **United Healthcare<br>PO Box 94017<br>Palatine, IL 60094** | | **Business Debt** | **Unliquidated** | | | $1,955.29 |

Alvino & Schechter, LLC
111 Fortunato Place
Neptune, NJ 07753


c/o Seidman & Pincus
777 Terrace Avenue, Suite 508
Attn: Mitchell B. Seidman, Esq.
Hasbrouck Heights, NJ 07604


CSC Corporation
801 Aldai Stevenson Drive
Springfield, IL 62703


Delta Dental
163 Route 10
Parsippany, NJ 07054


Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Hanover Bank
80 East Jericho Tpke.
Mineola, NY 11501


IPFS Corporation
1055 BROADWAY
11th Floor
Kansas City, MO 64105


JCP&L
300 Madison Ave
Morristown, NJ 07960


Marine Equipment & Supply Co
1401 Metropolitan Ave.
Thorofare, NJ


NJ Attorney General
25 Market Street, P.O. Box 112
Trenton, NJ 08625

```
NJ Economic Development Authority
Attn: Jerry Stesney
PO Box 18634
Newark, NJ 07191


State of NJ Division of Taxation
Michael Bueno
2 Paragon Way, Suite 1100
Freehold, NJ 07728


United Healthcare
PO Box 94017
Palatine, IL 60094


US Attorney DNJ
970 Broad Street, Suite 700
Newark, NJ 07102


US Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20004
```

# United States Bankruptcy Court
### District of New Jersey

In re **Hobby Lobby Marine LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hobby Lobby Marine LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 25, 2022**  
Date

**/s/ Douglas T. Tabachnik**  
**Douglas T. Tabachnik**  
Signature of Attorney or Litigant  
Counsel for **Hobby Lobby Marine LLC**  
**Law Offices of Douglas T. Tabachnik, P.C.**  
**63 W. Main St.**  
**Suite C**  
**Freehold, NJ 07728-2141**  
**(732) 780-2760 Fax:(72) 780-2761**  
**dtabachnik@dttlaw.com**