UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Alexandria Nikolinos, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: alexandria.nikolinos@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11<br>Case No. 22-19381 |
| Hobby Lobby Marine LLC, | Hearing Date: TBD |
| Debtor. | The Honorable Judge Kathryn C. Ferguson |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE UNDER 11 U.S.C. §1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7, OR, IN THE ALTERNATIVE, DISMISSING CASE**

**TO: ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, shall move before the Honorable Judge Kathryn C. Ferguson, as set forth by the Court in the Order Shortening Time, at the United States Bankruptcy Court, District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or in the alternative, Dismissing Case, and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee as set forth by the Court in the Order Shortening Time.

> ANDREW R. VARA
> UNITED STATES TRUSTEE
> REGIONS 3 & 9
>
>
> */s/ Alexandria Nikolinos*
> Alexandria Nikolinos
> Trial Attorney

DATED: May 8, 2023