UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Alexandria Nikolinos, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  alexandria.nikolinos@usdoj.gov

**Order Filed on June 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Hobby Lobby Marine LLC,

Debtor.

Chapter 11
Case No. 22-19381 (KCF)

Hearing Date: June 13, 2023

The Honorable Judge Kathryn C. Ferguson

## ORDER DISMISSING CASE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

......

**DATED: June 27, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Hobby Lobby Marine LLC

Chapter 11, Case No.: 22-19381

**Order Dismissing Case**

Upon consideration of the motion of the United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b) for an Order Converting the Case to a Case Under Chapter 7, or Alternatively, Dismissing the Case, and notice of the motion having been given to the Debtor, Debtor's counsel, and all other parties set forth by the Court in the Court's Order Shortening Time, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned chapter 11 case, of Hobby Lobby Marine LLC, Case No. 22-19381 (KCF), is **DISMISSED.**

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction in this case for thirty days from the date of this Order, to allow parties to be heard on their applications for compensation.

**IT IS FURTHER ORDERED** that all outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.